UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM, et. al, <br><br> Plaintiff(s), <br><br> v. <br><br> VCA ANTECH, INC., et al, <br><br> Defendant(s). | Case No: 3:14-cv-02158 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, John D. Bogatko, an active member in good standing of the bar of State of Oklahoma, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tony M. Graham, et. al, in the above-entitled action. My local co-counsel in this case is Jeffrey W. Lawrence, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1800 S. Baltimore Ave., Suite 1000 <br> Tulsa, OK 74119 | 101 California Street, Suite 2710 <br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: <br> (918) 477-7884 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 504-1605 |
| MY EMAIL ADDRESS OF RECORD: <br> johnbogatko@toonosmond.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> jeffreyl@jlawrencelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19410.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/09/14

John D. Bogatko
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John D. Bogatko is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 23, 2014

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Judge Maria-Elena James

PRO HAC VICE APPLICATION & ORDER