| | |
|---|---|
| 1 | MCCALLUM METHVIN TERRELL |
| | JAMES M. TERRELL (AL 0887-L73J) |
| 2 | jterrell@mmlaw.net |
| | The Highland Building |
| 3 | 2201 Arlington Avenue South |
| | Birmingham, Alabama 35205 |
| 4 | Telephone: 205-939-0199 |
| | Facsimile: 205-939-0399 |
| 5 | (Appearance *pro hac vice*) |
| 6 | Attorneys for Plaintiff TONY M. GRAHAM |
| 7 | THE LAWRENCE LAW FIRM |
| | JEFFREY W. LAWRENCE (SBN 166806) |
| 8 | jeffreyl@jlawrencelaw.com |
| | 101 California Street, Suite 2710 |
| 9 | San Francisco, CA 94104 |
| | Telephone: 415-504-1601 |
| 10 | Facsimile: 415-504-1605 |
| | Attorney for Plaintiff TONY M. GRAHAM |
| 11 | |
| 12 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | JOHN A. KARACZYNSKI (SBN 93108) |
| | jkaraczynski@akingump.com |
| 13 | HYONGSOON KIM (SBN 257019) |
| | kimh@akingump.com |
| 14 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067 |
| 15 | Telephone: 310-229-1000 |
| | Facsimile: 310-229-1001 |
| 16 | |
| 17 | Attorneys for Defendants VCA ANTECH, INC. (now known as VCA, INC.) and VCA ANIMAL HOSPITALS, INC. |
| 18 | |
| 19 | [ADDITIONAL COUNSEL LISTED AFTER SIGNATURE PAGE] |
| 20 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM, on behalf of himself, and all others similarly situated, | Case No. 3:14-cv-02158-MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT |
| v. | |
| VCA ANTECH, INC., and | Second Amended: CORRECTS DATE CMC STATEMENT DUE |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING,
FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1  VCA ANIMAL HOSPITALS, INC. | **CONFERENCE** |
| 2              Defendants. | Judge: Hon. Maria-Elena James<br>Ctrm:  B (15th Floor) |
| 3 | |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING,
FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

## STIPULATION

This Stipulation is entered into by plaintiff Tony M. Graham ("Plaintiff") and defendants VCA Antech, Inc. (now known as VCA, Inc.) and VCA Animal Hospitals, Inc. ("Defendants") (collectively, "the parties"), by and through their respective counsel of record and pursuant to Northern District of California Local Rule 6-1(a), with reference to the following:

1. WHEREAS, Plaintiff filed this action on May 12, 2014.

2. WHEREAS, Defendants intend to file a motion to transfer venue pursuant to 28 U.S.C. § 1404 ("venue motion").

3. WHEREAS, the parties have met and conferred concerning the subject matter of this Stipulation.

4. WHEREAS, on June 19, 2014, Defendants waived service of the summons and complaint pursuant to the parties' agreement to work together on a mutually agreeable briefing schedule for Defendants' forthcoming venue motion and an extension of the deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint.

5. WHEREAS, on July 10, 2014, the parties filed a Stipulation regarding the requested briefing schedule on Defendants' motion to transfer venue. Pursuant to the terms of the parties' Stipulation, the deadline for Defendants to file their venue motion shall be August 18, 2014; the deadline for Plaintiff to file his opposition to the venue motion shall be September 15, 2014; and the deadline for Defendants to file their reply in support of their venue motion shall be September 29, 2014.

6. WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, which set these dates:

   July 24, 2014: Last day for counsel to meet and confer re Rule 26 issues and ADR process selection and to file ADR documents;

   August 7, 2014: Last day to file Rule 26(f) Report and Case Management Statement and to complete initial disclosures; and

   August 14, 2014: Initial Case Management Conference.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

7. WHEREAS, the parties agree that the interests of justice and judicial economy support the resolution of Defendants' forthcoming venue motion prior to conducting the Case Management Conference.

**NOW, THEREFORE,** the parties hereby stipulate and agree as follows:

1. The deadline for the parties to conduct their initial Rule 26 meet-and-confer and to file documents concerning ADR issues shall be continued from July 24, 2014, until fourteen (14) days after the Court's ruling on Defendants' venue motion.

2. The parties will exchange initial disclosures during the pendency of Defendants' venue motion, and the deadline to exchange initial disclosures shall be continued from August 7, 2014, to September 2, 2014.

3. The deadline for the parties to file their Rule 26(f) report and Case Management Statement shall be continued from August 7, 2014, until twenty-one (21) days after the Court's ruling on Defendants' venue motion.

4. The Case Management Conference should be continued from August 14, 2014, to a date convenient to the Court, but no sooner than twenty-eight (28) days after the Court's ruling on Defendants' venue motion.

**IT IS SO STIPULATED.**

Dated: July 22, 2014        **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ John A. Karaczynski
John A. Karaczynski
Attorneys for Defendants, VCA ANTECH, INC. (now known as VCA, INC.) and VCA ANIMAL HOSPITALS, INC.

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | McCALLUM, METHVIN & TERRELL, P.C.                               |
| 3   |                                                                 |
| 4   | By: /s/ James M. Terrell                                        |
|     | James M. Terrell (Appearance *pro hac vice*)                    |
| 5   | Attorneys for Plaintiff, TONY M. GRAHAM                         |
| 6   |                                                                 |
| 7   |                                                                 |
| 8   | ADDITIONAL ATTORNEYS FOR PLAINTIFF:                             |
| 9   |                                                                 |
| 10  | TOON OSMOND, P.L.L.C.                                           |
|     | RICHARD S. TOON, JR., (OBA 16069)                               |
| 11  | richtoon@toonosmond.com                                         |
|     | 1800 S. Baltimore Ave., Suite 1000                              |
| 12  | Tulsa, OK 74119                                                 |
|     | Telephone: 918-477-7884                                         |
| 13  | Facsimile: 918-477-7893                                         |
|     | (Appearance *pro hac vice*)                                     |
| 14  | Attorneys for Plaintiff TONY M. GRAHAM                          |

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

SECOND AMENDED ORDER (CORRECTS CMC STMT. DUE DATE)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2014

_____
The Honorable Maria-Elena James
United States Magistrate Judge

The Initial Case Management Conference is continued from August 14, 2014 to October 30, 2014 at 10:00 a.m., in Courtroom B, 15th floor. A joint Case Management Statement is due October 23, 2014 and shall be electronically filed.

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE