UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>VCA ANTECH, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-02158-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER SCHEDULING CMC** |

On August 18, 2014, Defendants VCA Antech, Inc. and VCA Animal Hospitals, Inc. filed a Motion to Transfer Venue to the Central District of California. Dkt. No. 21. As Plaintiff failed to file an opposition in compliance with Civil Local Rule 7, the Court ordered Plaintiff Tony M. Graham to show cause why this case should not be transferred to the Central District. Dkt. No. 24. As Plaintiff subsequently filed an Amended Complaint (Dkt. No. 25), the Court hereby DISCHARGES the Order to Show Cause and DENIES Defendants' Motion WITHOUT PREJUDICE. The Court shall conduct a Case Management Conference on October 30, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by October 23, 2014.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge